**Order filed August 8, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00109-CV
_____

**TAMBRIA LEE, Appellant**

**V.**

**CRP RIVERSTONE, LP, Appellee**

---

**On Appeal from the County Court at Law #4**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-CCV-063719**

---

## O R D E R

Appellant's brief was due July 31, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 23, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM